IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALECHIA RICHARDSON, individually
and as administratrix of the Estate of
SANDY OSBURN, Deceased                                              PLAINTIFF

v.                          Case No. 1:10-cv-42-DPM

NAVISTAR, INC.; INTERNATIONAL TRUCK
AND ENGINE CORPORATION; and NAVISTAR
INTERNATIONAL TRANSPORTATION CORP.              DEFENDANTS

ORDER

For the reasons stated on the record at the 7 July 2011 hearing, the Court resolves the disputed issues, *Document No. 67*, as follows:

1. Denied. Plaintiff's privilege was not waived by lack of a log. Plaintiff's counsel does not have to identify every item in his library; the log would reveal the protected materials. *Peterson v. Douglas County Bank & Trust*, 967 F. 2d 1186, 1189 (8th Cir. 1992).

2. Agreed as modified. The Court will allow discovery about this Farmell 856 tractor, similar tractors, and ROPS issues but only to the extent that general ROPS materials are linked to the Farmell 856 or similar tractors. The Court's 11 April 2011 Order, *Document No. 61*, is modified accordingly.

3. Denied. The Defendants' privilege log is adequate. If Plaintiff wants to challenge a particular item listed in the Defendants' privilege log, she must first notify the Defendants, who should then provide the materials to the Court for *in camera* review.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 August 2011