IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALICIA RICHARDSON, Individually and as
Administratrix of the Estate of
SANDY OSBURN, Deceased                                    PLAINTIFF

v.                        No. 1:10-cv-42-DPM

NAVISTAR, INC.; INTERNATIONAL TRUCK
AND ENGINE CORPORATION; and NAVISTAR
INTERNATIONAL TRANSPORTATION CORP.        DEFENDANTS

ORDER

Richardson's motion, *Document No. 96*, is granted in part and denied in part. Richardson may have until 27 February 2012 to respond to Navistar's motion about Mr. Berry. An insufficient basis exists to strike Navistar's motion. And the Court admonishes Richardson to stop filing motions to strike when what it really needs is more time to respond. Absent some extraordinary circumstances, such as the ones presented by Navistar's defective Local Rule 56.1 statement, the Court will not be striking court papers. Richardson should devote her time to responding on the merits rather than procedural skirmishing.

So Ordered.

       *[signature]*
D.P. Marshall Jr.
United States District Judge

       9 February 2012