IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALECHIA RICHARDSON,
Individually and as Administratrix
of the Estate of SANDY OSBURN                                   PLAINTIFF

v.                          No. 1:10-cv-42-DPM

NAVISTAR, INC.; INTERNATIONAL TRUCK
AND ENGINE CORP.; and NAVISTAR
INTERNATIONAL TRANSPORTATION CORP.                              DEFENDANTS

## ORDER

The Court congratulates the parties on their settlement in mediation. The scheduling order is suspended. The Court will enter judgment dismissing all claims with prejudice on 2 April 2012 unless one of the parties seeks some other action before that date. All pending motions, *Document Nos. 77, 79, 81, 83 & 88*, are denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 March 2012