IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALECHIA RICHARDSON,
Individually and as Administratrix
of the Estate of SANDY OSBURN                                            PLAINTIFF

v.                              No. 1:10-cv-42-DPM

NAVISTAR, INC.; INTERNATIONAL TRUCK
AND ENGINE CORP.; and NAVISTAR
INTERNATIONAL TRANSPORTATION CORP.                      DEFENDANTS

ORDER

The Court congratulates the parties on their settlement in mediation. The scheduling order is suspended. The Court will enter judgment dismissing all claims with prejudice on 2 April 2012 unless one of the parties seeks some other action before that date. All pending motions, *Document Nos. 77, 79, 81, 83 & 88*, are denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 March 2012