IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALECHIA RICHARDSON,
Individually and as Administratrix
of the Estate of SANDY OSBURN                                        PLAINTIFF

v.                                 No. 1:10-cv-42-DPM

NAVISTAR, INC.; INTERNATIONAL TRUCK
AND ENGINE CORP.; NAVISTAR
INTERNATIONAL TRANSPORTATION CORP.; and
INTERNATIONAL HARVESTER COMPANY                          DEFENDANTS

## JUDGMENT

Richardson's complaint is dismissed with prejudice pursuant to the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2012